SENECA FINANCE COMPANY, Appellant, v. PEW, Respondent.

(244 N. W. 119.)

(File No. 7354. Opinion filed September 14, 1932.)

*Hugh S. Gamble* and *Thornton G. Owen,* both of Sioux Falls, for Appellant.

*Danforth & Davenport,* of Sioux Falls, for Respondent.

PER CURIAM. In this case appeal was taken from an order dissolving an attachment. The original notice of appeal was filed in this court on December 23, 1931. Since that date no brief has been filed by appellant, nor have any further steps been taken in this court. Said appeal is therefore deemed to have been abandoned, and the order appealed from is hereby affirmed.

All the Judges concur.